CHARLES FULLER, Appellant, v. PETER G. KEMP, Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam and Kelly, JJ., concurred; Thomas, J., dissented.

JACOB GOLDBERG, Appellant, v. ESPHIERRA GOLDBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements, on authority of Wessel v. Schwarzler, No. 1 (144 App. Div. 587), and cases cited. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

METRO HALSKO, Respondent, v. LEHIGH VALLEY COAL COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

H. D. BEST COMPANY, Respondent, v. THE LINDE AIR PRODUCTS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of Proceedings Supplementary to Execution, under a Judgment in Favor of EDWARD R. THOMAS and Another, Respondents, v. EDWIN MAIN POST and Another, Judgment Debtors. WILLARD P. REID, Receiver, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

FRANK F. JONES, Respondent, v. JEAN B. M. DUCHE and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

KELLY ASPHALT BLOCK COMPANY, Respondent, v. BROOKLYN ALCATRAZ ASPHALT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam and Kelly, JJ., concurred; Blackmar, J., dissented on the ground that the case is not referable.

KARL J. LUNDQUIST, Appellant, v. IDA LUNDQUIST, Respondent.— Judgment affirmed, with costs. No opinion. Thomas, Mills and Putnam, JJ., concurred; Jenks, P. J., dissented upon the ground that the proof does not establish a case within the rule of Kennedy v. Kennedy (73 N. Y. 369); Barber v. Barber (168 App. Div. 212), and Donohue v. Donohue (180 id. 561), with whom Blackmar, J., concurred.

THEODORE MARSTON, Respondent, v. WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY, Appellant.— Order modified so as to state plaintiff's claimed injuries so far as they are within his knowledge or information; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

WILLIAM E. MARTIN, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.